IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. No. 17-61-LPS |
| JOSE SANTOS-MATOS, and WILFREDO GARCIA-ALICEA, | : |
| Defendants. | : |

**MEMORANDUM ORDER**

Defendant Wilfredo Garcia-Alicea ("Garcia") filed a Motion to Suppress Evidence (D.I. 124), which the Government opposed (D.I. 140). The Court held a pre-trial evidentiary hearing on September 11, 2018. For the reasons stated at the conclusion of the evidentiary hearing, **IT IS HEREBY ORDERED** that Garcia's Motion to Suppress Evidence (D.I. 124) is **DENIED**.

Defendant Jose Santos-Matos ("Santos") filed a motion asking the Court to appoint him a new attorney. (D.I. 147) This motion was addressed at the conclusion of the September 11 evidentiary hearing. Based on the discussions with Santos and his counsel, the Court understands that Santos has withdrawn his motion for a new attorney. Accordingly, **IT IS HEREBY ORDERED** that Santos's motion for a new attorney is **DENIED AS MOOT**.

September 11, 2018
Wilmington, Delaware

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT